Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE, AT NASHVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *ex rel.* ) | |
| ) | |
| TERRELL W. FOX, ) | Civil Action No. ___3:12-0766___ |
| ) | |
| Plaintiffs, ) | FILED UNDER SEAL |
| ) | PURSUANT TO 31 U.S.C. § 3730(b)(2) |
| v. ) | |
| ) | DO NOT PLACE IN PRESS BOX |
| McKESSON CORPORATION; ) | DO NOT ENTER ON PACER |
| McKESSON CORPORATION d/b/a ) | |
| McKESSON SPECIALTY ) | |
| DISTRIBUTION, LLC; and ) | JURY DEMAND |
| McKESSON SPECIALTY ) | |
| DISTRIBUTION, LLC, ) | |
| ) | |
| Defendants. ) | |

---

## REQUEST TO WITHHOLD ISSUE OF SUMMONS

---

To the Clerk:

Herewith is a Complaint filed under the Civil False Claims Act, 31 U.S.C. §§ 3730 *et seq.* This Act provides that complaints in Civil False Claims Act cases "shall be filed *in camera,* shall remain under seal fro at least sixty (60) days, and shall not be served on the Defendant until the Court so orders."

Please, therefore, withhold issue of the summons for this Complaint until further order of the Court.

Dated this 24th day of July, 2012.

- 1 -