UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, TERRELL W. FOX, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL CASE NO. 3:12-cv-00766 JUDGE TRAUGER |
| v. | ) ) ) | MAGISTRATE JUDGE BROWN |
| MCKESSON CORPORATION, d/b/a MCKESSON SPECIALTY DISTRIBUTION, LLC, | ) ) ) | **UNDER SEAL** |
| Defendant. | ) | |

## ORDER GRANTING UNITED STATES' MOTION FOR EXTENSION OF TIME TO CONSIDER INTERVENTION

Upon consideration of the United States' Motion pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(3), for an extension of time in which to determine whether to intervene in the above-captioned action, and good cause having been shown:

**IT IS HEREBY ORDERED** that the United States shall have until and including August 8, 2014, to notify the Court of its decision regarding intervention;

**IT IS FURTHER ORDERED** that the Complaint and all other filings shall remain under seal, except as previously ordered by the Court, until and including August 8, 2014, or until further order of the Court.

_____
ALETA A. TRAUGER
United States District Judge